UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VCAN BIO USA CO., LTD.,<br><br>         Plaintiff,<br>v.<br><br>KIRSTJEN M. NIELSEN, ET AL.<br><br>         Defendants. | Civil Action No.1:19-cv-10180 |

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Vcan Bio USA Co., Ltd. ("Vcan"), by and through undersigned counsel, voluntarily dismisses the above-captioned action in its entirety, *without prejudice*, against defendants.

Such dismissal is proper and no court order is required as this notice is filed before the opposing party has served either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>**VCAN BIO USA CO., LTD.**<br><br>By its Attorneys,<br><br>**NIXON PEABODY LLP** |
| Dated: March 7, 2019 | */s/ Nathan P. Warecki*<br>W. Scott O'Connell (BBO# 559669)<br>Nathan P. Warecki (BBO# 687547)<br>900 Elm Street, 14th Floor<br>Manchester, NH  03101<br>Tel: (603) 628-4000<br>soconnell@nixonpeabody.com<br>nwarecki@nixonpeabody.com |

1

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 7, 2019.

                /s/ *Nathan P. Warecki*
                Nathan P. Warecki